FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority  ✓
Send      ✓
Enter     ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON DOUGLAS KING, ) | CASE NOS. CV 07-07199 RSWL (SS) ✓ |
| ) | CV 07-07831 RSWL (SS) ✓ |
| Petitioner, ) | |
| ) | **ORDER ADOPTING FINDINGS,** |
| v. ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| ) | **UNITED STATES MAGISTRATE JUDGE** |
| V.M. ALMAGER, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Amended Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, **IT IS ORDERED THAT:**

1. The Petitions are DENIED and Judgment shall be entered dismissing each action without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: Feb 13, 2008

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE

2