FEB 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON DOUGLAS KING, | CASE NOS. CV 07-07199 RSWL (SS) |
| Petitioner, | CV 07-07831 RSWL (SS) |
| v. | **JUDGMENT** |
| V.M. ALMAGER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Petition For Lack Of Jurisdiction,

IT IS ADJUDGED that the above-captioned actions are dismissed without prejudice.

DATED: Feb 13, 2008

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE